*Monday, June 7, 1999*

## MOTION DOCKET

**99–941.   State ex rel. The Ryant Commt. v. Lorain Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter. Upon consideration of the motion for leave to intervene by the city of Avon,

IT IS ORDERED by the court that the motion for leave to intervene by the city of Avon be, and hereby is, denied.

F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**98–43.   State ex rel. Russell v. Thomas.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–596.   State ex rel. P.E.T. Processors, L.L.C. v. Indus. Comm.**
Franklin App. No. 98AP-593. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–697.   State v. Dunlap.**
Hamilton App. No. C-970117. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.